IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TIMOTHY BRYAN CANTRELL,
As the Administrator of the Estate of
Wanda Jean Watson, Deceased,     PLAINTIFF

v.     CIVIL ACTION NO.: 1:14-cv-00128-GHD-SAA

GENERAL MOTORS, LLC and
TRW VEHICLE SAFETY SYSTEMS, INC.     DEFENDANTS

## ORDER GRANTING AGREED MOTION TO CHANGE VENUE

Pursuant to an opinion issued this day, the parties' agreed motion to change venue [43] is GRANTED.

SO ORDERED, this, the 25th day of November, 2014.

_____
SENIOR U.S. DISTRICT JUDGE